Circuit Court of Hamilton County.

THE HANAUER AUTOMOBILE COMPANY v. PERCY EVANS.

Decided, January 8, 1910.

Where the evidence is not all set out in the bill of exceptions, a re-
viewing court can not say that the portions of the charge to the
jury which are complained of were not properly given.

*Paxton, Warrington & Seasongood,* for plaintiff in error.
*Mitchell Wilby,* contra.

The plaintiff below recovered a verdict for $250 against the
automobile company on account of injuries from being struck by
one of their autos.

SMITH, J.; GIFFEN, P. J., and SWING, J., concur.

Upon the authority of the Supreme Court in the recent case
of *Duffy* v. *Queen City Box Company* (reported without opinion,
81 Ohio State, reversing 11 C. C.—N. S., 69), the judgment of
the trial court will be affirmed.

For aught that appears, the entire evidence not being set out
in the bill of exceptions, we can not say but that there was evi-
dence upon which the court might properly charge as it did in
those portions of the general charge complained of by plaintiff in
error.

We do not think the court charged or intended to do so upon
the doctrine of "last chance," but merely called the attention of
the jury to the duty that was upon the defendant if he saw the
automobile approaching.

Finding no error in the record, the judgment is affirmed.